PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 OCT 17 PM 4: 20

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

U. S. A. vs. CLAYTON PATTAT        Docket No. 2:02CR20470-01

### Petition on Probation and Supervised Release

**COMES NOW** Johnetta Norman, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Clayton Pattat, who was placed on supervision by the Honorable Jon Phipps McCalla sitting in the Court at Memphis, TN, on the 21st day of March, 2003, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in substance abuse testing and treatment as deemed appropriate by the Probation Officer.

2. The defendant shall provide the Probation Officer access to any requested financial information.

3. The defendant shall make restitution in the amount of $5,399.72, as directed by the Probation Office (balance $3,974.72).

4. The defendant shall pay a fine in the amount of $3,000.00, as directed by the Probation Office (fine to be paid after the restitution has been satisfied).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

When originally sentenced, Mr. Pattat was ordered to pay his restitution and fine as directed by the Probation Office. An assessment of Mr. Pattat's financial condition was conducted, and it was determined that a payment plan requiring ten percent (10%) of his gross income would be appropriate.

**PRAYING THAT THE COURT WILL ORDER** that Clayton Pattat's restitution and fine payments be set at ten percent (10%) of his monthly gross income.

### ORDER OF COURT

Considered and ordered this 17 day of Oct, 2005, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

Johnetta Norman, Supervising
United States Probation Officer

Place: Memphis, Tennessee

Date: October 11, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-18-05

(19)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:02-CR-20470 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT